IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

Plaintiff, No. CIV S-08-0682 WBS JFM PS

vs.

B. PADILLA, et al.,

Defendants. ORDER

______________________________/

Plaintiff is proceeding pro se.[1] On May 30, 2008, plaintiff was directed to file a return of service attesting to service of process on all named defendants. On June 2, 2008, plaintiff filed an amended complaint. The Federal Rules of Civil Procedure provide that a party may amend his or her pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). Accordingly, this action will proceed on plaintiff's amended complaint.

Plaintiff appended a document entitled "Proof of Service" to his amended complaint. The document purports to attest to service by mail on June 2, 2008, but fails to identify the person or persons served with a copy of the Amended Complaint, Summons and

---

[1] Plaintiff paid the filing fee.

PDF created with pdfFactory trial version www.pdffactory.com

1  Return of Service.[2] Plaintiff is advised that this document is insufficient to demonstrate service
2  of process on the seven individuals and the City of Stockton named as defendants in the amended
3  complaint.  Service may be accomplished pursuant to Federal Rule of Civil Procedure 4(d), 4(e)
4  and/or 4(j)(2).  Once plaintiff has accomplished service of process on defendants pursuant to the
5  Federal Rules, plaintiff must file an affidavit attesting to service of process on each defendant,
6  including the name of the person or entity served, how service was accomplished, and where
7  service of process took place.  Fed. R. Civ. P. 4(l).  Plaintiff is cautioned that simply mailing the
8  required summons, complaint and orders setting status conference to each defendant may not be
9  sufficient to accomplish service of process under the Federal Rules.  See Fed. R. Civ. P. 4(d),
10 4(e) & 4(j)(2).  Plaintiff is admonished that failure to timely serve process on a defendant may
11 result in the dismissal of his claims against that defendant in this action.  Fed. R. Civ. P. 4(m).
12 Failure to timely accomplish service of process on all defendants may result in the dismissal of
13 this action.  Fed. R. Civ. P. 4(m).
14         Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of
15 this order, plaintiff shall file a return of service attesting to service of process on each defendant
16 named in the amended complaint as required by Fed. R. Civ. P. 4.
17 DATED: July 21, 2008.

UNITED STATES MAGISTRATE JUDGE

001/vand0682.svc2

---

[2] Plaintiff also failed to reference service of the April 3, 2008 and May 3, 2008 orders setting status conference.  Plaintiff must serve a copy of these orders on each defendant so the defendant receives notice of the status conference and other orders issued prior to service of process.

PDF created with pdfFactory trial version www.pdffactory.com