IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

        Plaintiff,               No. 2:08-cv-0682 WBS JFM PS

    vs.

B. PADILLA, et al.,

        Defendants.          <u>ORDER</u>

_____/

        On July 24, 2008, plaintiff filed a request that the court subpoena six people to testify at the status conference set for September 11, 2008.  Plaintiff is advised that his request is premature.  The status conference is a pretrial scheduling conference only; no evidence will be taken, no witnesses will testify.  Plaintiff may wish to subpoena certain witnesses to testify at trial, but a trial date has not yet been set in this matter.  Accordingly, IT IS HEREBY ORDERED that plaintiff's July 24, 2008 request is denied without prejudice.

DATED:  August 5, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; vand0682.sub

1