IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

    Plaintiff,        No. CIV S-08-0682 WBS JFM PS

  vs.

B. PADILLA, et al.,

    Defendants.      <u>ORDER</u>

                                   /

        Plaintiff is proceeding pro se with a civil rights complaint.  Plaintiff paid the filing fee.  On July 21, 2008, plaintiff was directed to file a return of service attesting to service of process on each defendant named in the amended complaint as required by Fed. R. Civ. P. 4.  On August 20, 2008, plaintiff sought the appointment of counsel, which this court has denied by separate order.  Good cause appearing, plaintiff will be granted one final extension of time in which to accomplish service of process on each defendant.

/////

/////

/////

1

As noted in this court's August 20, 2008 order, service may be accomplished pursuant to Federal Rule of Civil Procedure 4(d),[1] 4(e)[2] and/or 4(j)(2).[3] Once plaintiff has

---

[1] Rule 4(d) of the Federal Rules of Civil Procedure, provides:
(1) Requesting a Waiver. An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons. The plaintiff may notify such a defendant that an action has been commenced and request that the defendant waive service of a summons. The notice and request must:
    (A) be in writing and be addressed:
        (i) to the individual defendant; or
        (ii) for a defendant subject to service under Rule 4(h), to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process;
    (B) name the court where the complaint was filed;
    (C) be accompanied by a copy of the complaint, two copies of a waiver form, and a prepaid means for returning the form;
    (D) inform the defendant, using text prescribed in Form 5, of the consequences of waiving and not waiving service;
    (E) state the date when the request is sent;
    (F) give the defendant a reasonable time of at least 30 days after the request was sent--or at least 60 days if sent to the defendant outside any judicial district of the United States--to return the waiver; and
    (G) be sent by first-class mail or other reliable means.
(2) Failure to Waive. If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:
    (A) the expenses later incurred in making service; and
    (B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.
(3) Time to Answer After a Waiver. A defendant who, before being served with process, timely returns a waiver need not serve an answer to the complaint until 60 days after the request was sent--or until 90 days after it was sent to the defendant outside any judicial district of the United States.
(4) Results of Filing a Waiver. When the plaintiff files a waiver, proof of service is not required and these rules apply as if a summons and complaint had been served at the time of filing the waiver.
(5) Jurisdiction and Venue Not Waived. Waiving service of a summons does not waive any objection to personal jurisdiction or to venue.
Id.

[2] Rule 4(e) of the Federal Rules of Civil Procedure provides:
(e) Serving an Individual Within a Judicial District of the United States. Unless federal law provides otherwise, an individual--other than a minor, an incompetent person, or a person whose waiver has been filed--may be served in a judicial district of the United States by:
    (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or
    (2) doing any of the following:
        (A) delivering a copy of the summons and of the complaint to the individual personally;

accomplished service of process on defendants pursuant to the Federal Rules, plaintiff must file an affidavit attesting to service of process on each defendant, including the name of the person or entity served, how service was accomplished, and where service of process took place. Fed. R. Civ. P. 4(l).

Plaintiff may choose to hire a process server to accomplish service of process on plaintiff's behalf. An internet search through Google reveals two process servers in the Stockton area:

Legal Copy & Process Service, 343 E. Main Street, #807, Stockton, Cal.;
(209) 948-4450; and

DLR Litigation Support Services, 242 N. Sutter Street, #507, Stockton, Cal.;
(209) 937-0348.

Plaintiff may also find a list in his local yellow pages directory.

Plaintiff is cautioned that failure to timely serve process on a defendant may result in the dismissal of his claims against that defendant in this action. Fed. R. Civ. P. 4(m). Failure to timely accomplish service of process on all defendants may result in the dismissal of this action. Id.

/////

---

(B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or
(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.
Id.

[3] Rule 4(j)(2) of the Federal Rules of Civil Procedure provides as follows:
(j) Serving a Foreign, State, or Local Government.
. . .
(2) State or Local Government. A state, a municipal corporation, or any other state-created governmental organization that is subject to suit must be served by:
(A) delivering a copy of the summons and of the complaint to its chief executive officer; or
(B) serving a copy of each in the manner prescribed by that state's law for serving a summons or like process on such a defendant.
Id.

3

1        Because it appears that plaintiff has not yet accomplished service of process on defendants, the September 11, 2008 status conference will be continued.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Within forty-five days from the date of this order, plaintiff shall file a return of service attesting to service of process on each defendant named in the amended complaint as required by Fed. R. Civ. P. 4. Plaintiff shall include a copy of the instant order with the service documents to be served on defendants.

       2. The September 11, 2008 status conference is continued to December 11, 2008 at 11:00 a.m. in Courtroom No. 26 before the undersigned.

DATED: September 8, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

001/vand0682.svc3