IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

     Plaintiff,                    No. 2:08-cv-0682 WBS JFM PS

  vs.

B. PADILLA, et al.,

     Defendants.            <u>ORDER</u>

_____/

       Plaintiff is proceeding pro se. Plaintiff paid the filing fee. On September 12, 2008, plaintiff filed a second request for appointment of counsel, indicating he is presently suffering severe mental health problems that appear to stem from side effects from his medication. Plaintiff is presently housed at the Intensive Care In Patient Treatment Unit in Stockton, California.

       For the reasons set forth in this court's September 8, 2008 order, plaintiff's request for appointment of counsel will be denied.

       However, plaintiff may be entitled to have service of process accomplished by the U.S. Marshal if he is indigent. Accordingly, the Clerk of the Court will be directed to send plaintiff an application to proceed in forma pauperis.

/////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  Plaintiff's September 12, 2008 request for the appointment of counsel is denied (docket no. 16); and

2.  The Clerk of the Court is directed to send plaintiff an application to proceed in forma pauperis.

DATED:  September 19, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; vandan.ifp

2