IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

     Plaintiff,                       No. 2:08-cv-0682 WBS JFM PS

    vs.

B. PADILLA, et al.,

     Defendants.                <u>ORDER</u>

                           /

         Plaintiff is proceeding pro se and in forma pauperis.  This civil rights action is presently set for status conference on December 11, 2008.  However, service of process on defendants Padilla and Chambers has not yet been executed.  Accordingly, the status conference is premature and will be vacated.

         On November 12, 2008, plaintiff filed a request for a civil rights complaint form.  The Clerk of the Court will be directed to send plaintiff the form for filing a civil rights complaint pursuant to 42 U.S.C. § 1983, along with an application to proceed in forma pauperis.

         Accordingly, IT IS HEREBY ORDERED that:

         1.  The December 11, 2008 status conference, set for 11:00 a.m. before the undersigned is vacated; and

/////

1

2. Plaintiff's November 12, 2008 request (docket no. 26) is granted. The Clerk of the Court is directed to send plaintiff the form for filing a civil rights complaint pursuant to 42 U.S.C. § 1983, along with an application to proceed in forma pauperis.

DATED: November 20, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; vandan.ifp