```
 1
 2
 3
 4
 5
 6
 7
 8                        IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10   MELVIN DE VAN DANIEL,
11            Plaintiff,                  No. 2:08-cv-0682 WBS JFM PS
12       vs.
13   B. PADILLA, et al.,
14            Defendants.
15   _____/
16   MELVIN DE VAN DANIEL,
17            Plaintiff,                  No. 2:08-cv-2920 MCE GGH PS
18       vs.
19   B. OAKS, et al.,
20            Defendants.
21   _____/        RELATED CASE ORDER
22            Examination of the above-entitled actions reveals that these cases are related
23   within the meaning of Local Rule 83-123(a), E.D. Cal. (2008).  The actions involve the same
24   property, transaction or event and similar questions of fact and the same question of law.
25   Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving
26   of judicial effort and is also likely to be convenient for the parties.
```

1         The parties should be aware that relating the cases under Local Rule 83-123

2 merely has the result that the actions are assigned to the same judge; no consolidation of the

3 actions is effected.  Under the regular practice of this court, related cases are generally assigned

4 to the judge and magistrate judge to whom the first filed action was assigned.

5         Therefore, IT IS ORDERED that the action denominated as <u>Van Daniel v. Oaks</u>,

6 Case No. 2:08-cv-2920 MCE GGH PS, is reassigned to the Honorable William B. Shubb, United

7 States District Judge, and the undersigned for all further proceedings.  Henceforth, the caption on

8 documents filed in the reassigned case shall be shown as No. 2:08-cv-2920 WBS JFM PS.

9         IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

10 adjustment in the assignment of civil cases to compensate for this reassignment.

11 DATED:  January 21, 2009.

                                                                       UNITED STATES MAGISTRATE JUDGE

/vandaniel.rea