IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

    Plaintiff,                     No. 2:08-cv-0682 WBS JFM PS

   vs.

B. PADILLA, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On February 24, 2009, plaintiff filed a request that the court subpoena state parole personnel, San Joaquin Mental Health personnel, Central Valley Low Income Housing, and Stockton Police Lieutenants, alleging that these people can "explain [his] action and those of the named defendants." <u>Id.</u> Plaintiff is advised that his request is premature. The status conference is a pretrial scheduling conference only; no evidence will be taken, no witnesses will testify. Plaintiff may wish to subpoena certain witnesses to testify at trial, but a trial date has not yet been set in this matter.

        On February 24, 2009, plaintiff filed a document entitled "Response to Defendants' Answer to Plaintiff's Amended Complaint." <u>Id.</u> Plaintiff is advised that the Federal Rules contemplate the filing of a complaint and an answer. Fed. R. Civ. P. 7. Plaintiff is not permitted to file a reply to the answer absent a court order requiring one. Fed. R. Civ. P. 7(a)(7). This court has not ordered one. Thus, plaintiff's response will be placed in the court file and disregarded.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 24, 2009 request (#33) is denied without prejudice.

2. Plaintiff's February 26, 2009 Response (#34) is retained in the court file but disregarded.

DATED: March 4, 2009.

															_____
															UNITED STATES MAGISTRATE JUDGE

/001; vand0682.sub2