IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

    Plaintiff,                      No. 2:08-cv-0682 WBS JFM PS

    vs.

B. PADILLA, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On April 23, 2009, plaintiff filed a document entitled "Initial Disclosure." On May 14, 2009, plaintiff filed a document entitled "Notice to Produce; Demand for Document Inspection." Plaintiff asks the court to order defendants to produce certain documents.

        Plaintiff is informed that court permission is not necessary for discovery requests and that discovery, discovery requests served on an opposing party or that party's responses should not be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 23, 2009 filing will be placed in the court file and disregarded.

        2. Plaintiff's May 14, 2009 motion (#41) is denied without prejudice. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of

court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

DATED: May 28, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; vand0682.411