1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MELVIN DEVAN DANIEL,

11              Plaintiff,                    No. 2:08-cv-0682 WBS JFM PS

12         vs.

13   B. PADILLA, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16         Plaintiff is proceeding pro se and in forma pauperis with this civil rights action

17   seeking relief pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's amended

18   complaint filed June 6, 2008.

19         On October 20, 2009, plaintiff filed a motion for leave to amend his complaint.

20   Plaintiff's motion was not, however, accompanied by a proposed amended complaint.  As a

21   litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court

22   pursuant to the in forma pauperis statute.  <u>See</u> 28 U.S.C. § 1915.  Since plaintiff did not submit a

23   proposed amended complaint, the court is unable to evaluate it.  Plaintiff's motion for leave to

24   amend must therefore be denied.

25         On October 9, 2009, plaintiff filed a motion for "a little more time to complete . . .

26   discovery."  <u>Id.</u>  Pursuant to this court's April 17, 2009 scheduling order, discovery closes

                                             1

1  November 19, 2009.  Plaintiff has not identified what additional discovery he needs to propound

2  or how much additional time he needs.  Thus, his request will be denied without prejudice to its

3  renewal upon a proper showing.

4             On October 14, 2009, plaintiff filed a motion entitled "Request for Discovery

5  Schedulings."  Id.  Plaintiff asks the court to schedule "discovery hearings" on the "documents

6  mentioned in his request," such as the police report that was filed under seal, "General Order D-

7  11.pdf D-11 page 2 of 5 and Coleman v. Wilson, 912 Supp. 1282 E.D. Cal. 1995."  October 14,

8  2009 Request at 1-2.

9             Plaintiff is advised that the court does not schedule discovery hearings on

10  documents.  Discovery requests shall not be filed with the court except when required by Local

11  Rules 30-250(a), 33-250(c), 34-250(c) and 36-250(c).  If disputes arise about the parties'

12  obligations to respond to requests for discovery, plaintiff must comply with all pertinent rules

13  including Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil Procedure and Rules 5-134, 5-

14  135, 6-136, 7-130, 7-131, 11-110, 43-142, and 78-230(m) of the Local Rules of Practice for the

15  United States District Court, Eastern District of California.

16             Because this court cannot discern a particular discovery dispute pending at this

17  time, plaintiff's "Request for Discovery Schedulings" will be denied.  However, defendants will

18  be directed to show cause why the court should not provide plaintiff with a copy of the police

19  report at issue herein.

20             Accordingly, IT IS HEREBY ORDERED that:

21             1.  Plaintiff's October 20, 2009 motion for leave to amend (#60) is denied without

22  prejudice.

23             2.  Plaintiff's October 9, 2009 motion for extension of the discovery deadline

24  (#58) is denied without prejudice.

25             3.  Plaintiff's October 14, 2009 motion for "discovery scheduling" (#59) is denied.

26  /////

1          4.  Defendants shall show cause, within twenty days, why the court should not

2    provide plaintiff with a copy of the police report filed on September 17, 2009.

3    DATED:  October 29, 2009.

4

5                                                   UNITED STATES MAGISTRATE JUDGE

6

7    /001; vandan.10b

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26