IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

    Plaintiff,                      No. 2:08-cv-0682 WBS JFM PS

    vs.

B. PADILLA, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On November 3, 2009, plaintiff filed a second motion for leave to amend his June 6, 2008 amended complaint. Plaintiff's motion was again not accompanied by a proposed amended complaint. (<u>See</u> October 30, 2009 Order.) As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. <u>See</u> 28 U.S.C. § 1915. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied. The Clerk of the Court will be directed to send plaintiff the form for filing a civil rights action.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 3, 2009 motion for leave to amend is denied.

1

2. The Clerk of the Court is directed to send plaintiff the form for filing a civil rights complaint.

DATED:  November 6, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; vand0682.10b