IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

    Plaintiff,                    No. 2:08-cv-0682 WBS JFM PS

    vs.

B. PADILLA, et al.,                <u>ORDER AND REVISED</u>

    Defendants.              <u>SCHEDULING ORDER</u>

_____/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 4, 2009, plaintiff filed a motion seeking a 45 day extension of the discovery deadline to enable plaintiff to seek copies of policies and general orders from the Chief of Police. Good cause appearing, plaintiff's request will be granted. The discovery deadline will be extended from November 19, 2009 to January 4, 2010. No further extensions of time will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 4, 2009 motion is granted; and

        2. Discovery, including the hearing of discovery motions, shall be completed by January 4, 2010.

DATED: December 1, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; vand0682.ext