IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

    Plaintiff,                    No. 2:08-cv-0682 WBS JFM (PS)

    vs.

B. PADILLA, et al.,

    Defendants.                <u>ORDER</u>

                              /

          On February 9, 2010, plaintiff filed a request for a motion hearing. In his request, plaintiff seeks a hearing on a "dispositive motion." His request, however, does not specify the nature of the "dispositive motion" other than to state that the defendants failed to follow proper police protocol when confronted with plaintiff, who was allegedly observed to be experiencing a "manic mental health episode." Plaintiff has not filed any documents or exhibits in support of his request. Due to the vague nature of plaintiff's request, IT IS HEREBY ORDERED that plaintiff's February 9, 2010 request is denied without prejudice.

DATED: March 3, 2010.

                                              UNITED STATES MAGISTRATE JUDGE

/014; vand0682.mot