IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

        Plaintiff,        No. 2:08-cv-0682-JFM (PS)

   vs.

B. PADILLA, et al.,

        Defendants.       <u>ORDER SETTING STATUS CONFERENCE</u>

_____/

        Based on the consent of the parties, this matter was referred to the undersigned. Accordingly, IT IS HEREBY ORDERED that:

        1. A Status Conference is set for January 6, 2011 at 11:00 a.m. in courtroom #26 before the undersigned. The parties shall submit to the court and serve by mail on all other parties, no later than seven days before the Status Conference, a status report apprising the court of the status of this case.

        2. All parties shall appear by counsel or in person if acting without counsel.

        3. The parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (<u>see</u> Local Rule 160). In addition, the parties are cautioned that pursuant to Local Rule 230(c), opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o

1

1 party will be entitled to be heard in opposition to a motion at oral arguments if written opposition
2 to the motion has not been timely filed by that party." Moreover, Local Rule 230(i) provides
3 that failure to appear may be deemed withdrawal of opposition to the motion or may result in
4 sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be
5 grounds for imposition of any and all sanctions authorized by statute or Rule or within the
6 inherent power of the Court."

7      4. The parties are advised that all documents filed with the court must bear the
8 complete number assigned to this action, No. CIV 2:08-cv-0682-JFM (PS).

9 DATED: November 15, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;vand0682.statset